CITY OF JERSEY CITY, APPELLANT-RESPONDENT, v. DEPARTMENT OF CIVIL SERVICE, ET AL., RESPOND-ENTS-PETITIONERS.

See same case below: 10 *N. J. Super.* 140.

*Messrs. Markley & Broadhurst* and *Mr. James J. Langan* for the petitioners.

*Mr. John B. Graf* and *Mr. Mortimer Neuman* for the respondent.

March 19, 1951.   Granted.

CARMELO CRESPO, PLAINTIFF-RESPONDENT, v. ROBERT H. LIPSCHUTZ, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 11 *N. J. Super.* 64.

*Messrs. Bolte & Repetto* for the petitioners.

*Mr. Edward Fishman* for the respondent.

March 19, 1951.  Denied.